IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TERRY CURTIS WILLIAMS,<br><br>  Plaintiff,<br><br>vs.<br><br>MATHEW LEIDEL, and ANTHONY L. CONNER,<br><br>  Defendants. | 8:24CV305<br><br>ORDER |

This matter is before the Court on Plaintiff's Motion for Extension. Filing No. 8. On October 15, 2024, the Court ordered Plaintiff to pay an initial partial filing fee of $2.96 by November 14, 2024. Filing No. 7. Plaintiff seeks to extend his deadline to pay "until May 2025," but offers no explanation as to why such a lengthy extension is needed to pay his initial partial filing fee. Filing No. 8.

Upon consideration, the Court will grant Plaintiff's Motion for Extension in part and will grant Plaintiff thirty days from the date of this order, or until December 23, 2024, to pay his initial partial filing fee of $2.96. Plaintiff is further advised that the Prison Litigation Reform Act provides that "[i]n no event shall a prisoner be prohibited from bringing a civil action . . . for the reason that the prisoner has no assets and no means by which to pay the initial partial filing fee." 28 U.S.C. § 1915(b)(4). If Plaintiff does not pay the initial partial filing fee by the December 23, 2024, deadline, he will be given an opportunity to show cause for his failure to pay.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion for Extension, Filing No. 8, is granted in part. Plaintiff shall have until **December 23, 2024**, to pay his initial partial filing fee of $2.96.

2. The Clerk of Court is directed to set a pro se case management deadline using the following text: **December 23, 2024**: initial partial filing fee due.

Dated this 22nd day of November, 2024.

BY THE COURT:

*Joseph F. Bataillon*

Joseph F. Bataillon
Senior United States District Judge